UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:17-cv-01241-RBJ

TROY D. PAGGEN,

    Plaintiff,

v.

BANK OF AMERICA N.A., THE PUBLIC TRUSTEE'S OFFICE OF
ARAPAHOE COUNTY, COLORADO, AND ANY AND ALL
OTHER PARTIES WHO MAY HAVE AN INTEREST IN
SUBJECT PROPERTY,

    Defendants.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Troy Paggen, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Granting Motion for Summary Judgment and Motion for Judgment on the Pleadings entered in this action by the United States District Court for the District of Colorado on August 27, 2018.

Respectfully submitted this 25th day of September, 2018.

                                                          GANTENBEIN LAW FIRM

                                                          /s/ Matthew S. Coombs
                                                          Matthew S. Coombs, Atty. Reg. #45405
                                                          Gantenbein Law Firm
                                                          POB 777
                                                          Wheat Ridge, CO 80034

Phone: (720) 441-3625
Fax: (303) 872-6649
Matthew@gantenbeinlaw.com

**CERTIFICATE OF SERVICE**

       I certify that on this 25th day of September, 2018, a true and accurate copy of this **NOTICE OF APPEAL** was served on the opposing party and all other counsel or parties of record or by placing it in the United States mail, postage pre-paid, and addressed to the following or via an approved electronic medium:

Justin D. Balser  
Taylor T. Haywood  
AKERMAN LLP  
1900 Sixteenth Street, Ste. 1700  
Denver, CO 80202

                                              */s/ Matthew S. Coombs*

                                              Matthew S. Coombs